UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Manitsas,

    Plaintiff,

v.

Astrue, Commissioner of Social Security

    Defendant,    /

Case No. 4:11-cv-02691-PJH

[~~PROPOSED~~]
**ORDER RE OSC**

An order to show cause issued to plaintiff on November 23, 2011. [Dkt #10]. Plaintiff responded on December 8, 2011, requesting pursuant to Fed.R.Civ.P. 6(b)(1)(b) until January 6, 2012, to file for summary judgment [Dkt #11]. Plaintiff's request cites the complexities of the case, demands on counsel, and various other factors. Good cause appearing and on counsel's representation that he has taken steps to prevent further delay, the Court hereby orders, as follows:

This Court's June 3, 2011 Social Security Procedural Order [Dkt #2], is modified as follows:

1. Plaintiff shall file for summary judgment or remand on or before **January 6, 2012.**
2. This Court's Social Security Procedural Order [Dkt 2], is otherwise unchanged.

**SO ORDERED:**

Dated: 12/14/11

HON. PHYLLIS J. HAMILTON, UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case4:11-cv-02691-PJH Document13 Filed12/14/11 Page2 of 2